**Name and Prisoner/Booking Number:** Robert Lamount Crossley #0800002984

**Place of Confinement:** Tulare County Bob Wileys

**Mailing Address:** 36714 RD. 112

**City, State, Zip Code:** Visalia CA. 93291

FILED
JAN 05 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**(Full Name of Plaintiff)** Robert Lamount Crossley
Plaintiff,

v.

**(Full Name of Defendant)**
(1) WellPath Medical
(2) LVN C. Rivera
(3)
(4)
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 1:22-cv-00024-BAM(PC)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Tulare County Sheriff Bob Wileys

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: **WellPath**. The first Defendant is employed as: **Medical Provider** (Position and Title) at **Tulare County Bob Wiley's** (Institution).

2. Name of second Defendant: **R. Rivera**. The second Defendant is employed as: **LVN Nurse** (Position and Title) at **Tulare County Jail** (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: U.S.C. 8Th

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Neglect of my hyper active Thyroid, medical malpractice false diagnoses doctor neglected to run a full set of lab work for 6 months straight I was in pain lost over 30 pounds in the first month developed an irregular heart beat my heart struggled to pump blood through my body my hand would turn blue, my feet would turn purple and swell and uncontrolled high blood pressure. The doctor wouldn't order full lab work stating what he does cheek comes back normal nothing is wrong with me. I need to stop faking. So my Thyroid levels went unchecked diagnosed with stage one hyper Tension high Blood Pressure and switched from one blood pressure medication to the next with no positive effects. I only felt sicker do to the fact I needed Thyroid medication not random blood pressure pills now my Thyroid condition is worsen I'm still not getting treatment because the only medication this facility has to treat Thyroid condition I had negative reactions too hair loss rashes and others The only option I was given is take the medication or nothing at all symptoms increased so I stopped medication.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have lost over 30 pounds, developed heart problems have uncontrolled high blood pressure.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: U.S.C 5Th

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Do To The misdiagnoses and medical care or lack of medical care I know have an incurable set of symptoms caused by my medical condition

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Massive weight loss heart problems uncontrolled Blood Pressure

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

# CLAIM III

1. State the constitutional or other federal civil right that was violated: U.S.C 8Th

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Cruel and unusual punishment Neglect of my health and risk of me life Thyroid disease can cause Crones disease with is fatal and uncurable

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Weight loss heart problems high blood pressure

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Monys Compensation 12.5million

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
            DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.