# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMOUNT CROSSLEY, | Case No. 1:22-cv-00024-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| WELL PATH MEDICAL, *et al.*, | (ECF No. 2.) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Robert Lamount Crossley ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 5, 2022, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 2.) The application was incomplete. Plaintiff has failed to complete the certificate portion of the application, or to include a certified copy of his trust account statement for the past six months.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED without prejudice;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the

1

alternative, pay the $402.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **January 7, 2022**              /s/ *Barbara A. McAuliffe*  
                                     UNITED STATES MAGISTRATE JUDGE