UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMONT CROSSLEY, | No. 1:22-cv-00024 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE |
| v. | |
| WELL PATH MEDICAL, *et al.*, | (Doc. 7) |
| Defendants. | |

Robert Lamont Crossley is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2022, the assigned magistrate judge directed Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $402.00 filing fee within thirty days. (Doc. 4.) The Court warned Plaintiff that "failure to comply with [the] order will result in dismissal of this action without prejudice." (*Id.* at 2, emphasis omitted.) Plaintiff did respond to the Court's order or otherwise communicate with the Court.

On March 1, 2022, the magistrate judge issued Findings and Recommendations that the action be dismissed without prejudice, upon finding Plaintiff failed to obey a court order and failed to prosecute the action. (Doc. 7.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 3.) In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 3-4, quoting

1

*Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections have been filed, and the deadline to do so has passed. According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on March 1, 2022, (Doc. 7), are **ADOPTED** in full.

    2.    This action is **DISMISSED** without prejudice; and

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 4, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE