UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMOUNT CROSSLEY,<br><br>Plaintiff,<br><br>v.<br><br>WELL PATH MEDICAL, *et al.*,<br><br>Defendants. | No.  1:22-cv-00024-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docs. 10, 11) |

The assigned magistrate judge directed Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $402.00 filing fee within thirty days.  (Doc. 4.)  The Court warned Plaintiff that "failure to comply with [the] order will result in dismissal of this action without prejudice."  (*Id.* at 2, emphasis omitted.)  Plaintiff did not respond to the Court's order or otherwise communicate with the Court.

Consequently, the assigned magistrate judge issued findings and recommendations that the action be dismissed without prejudice, upon finding Plaintiff failed to obey a court order and failed to prosecute the action.  The findings and recommendations contained notice that any objections were to be filed within fourteen days after service.  (*Id.* at 3.)  In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."  (*Id.* at 3–4, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and on April 4, 2022, the

undersigned adopted the findings and recommendations in full and dismissed the case, without prejudice.  (Doc. 8.)  Judgment was entered accordingly the same date.  (Doc. 9.)

On April 29, 2022, Plaintiff filed objections to the findings and recommendations and a renewed application to proceed *in forma pauperis*.  (Docs. 10, 11.)  Upon review of the filings, it appears Plaintiff is attempting to file a motion for reconsideration of the Court's order adopting the findings and recommendations, rather than objections to the findings and recommendations. In his filing, Plaintiff states that the delay in filing occurred because he contracted COVID-19 and was placed in quarantine.  (Doc. 10.)  Plaintiff's renewed application to proceed *in forma pauperis* is also incomplete, as Plaintiff has again failed to complete the certification portion of the application or to include a certified copy of his trust account statement for the past six months. (Doc. 11.)

Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court.  Rule 60(b) permits a district court to relieve a party from a final order or judgment on grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence . . .; (3) fraud . . . of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied . . . or (6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b).  Additionally, pursuant to this court's Local Rules, when filing a motion for reconsideration of an order, a party must show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion."  Local Rule 230(j).

As noted above, Plaintiff's renewed application to proceed *in forma pauperis* suffers from the same deficiencies as his original application.  Though the motion for reconsideration provides an explanation for Plaintiff's delayed response to the Court's orders, it does not provide a basis for reopening this action.  Plaintiff has again failed to comply with the Court's orders directing him to either file a completed application or to pay the filing fee for this action and has not presented any new or different facts, circumstances, or evidence related to this action that would support relief under Rule 60(b). Accordingly, the Court **ORDERS**:

   1. Plaintiff's objections to findings and recommendations, (Doc. 10), are **CONSTRUED** as

a motion for reconsideration.

2. Plaintiff's motion for reconsideration, (Doc. 10), is **DENIED**.

3. Plaintiff's motion to proceed *in forma pauperis*, (Doc. 11), is **DENIED**; and

4. This action remains closed.

IT IS SO ORDERED.

Dated:   **May 3, 2022**

UNITED STATES DISTRICT JUDGE